**CONSUMER ATTORNEY ADVOCATES, INC.**
Patric A. Lester (SBN 220092)
pl@lesterlaw.com
5694 Mission Center Road, #358
San Diego, CA 92108
Telephone: (619) 665-3888
Fax: (314) 241-5777
**KEOGH LAW, LTD.**
Timothy J. Sostrin (IL 6290807)
(admitted *pro hac vice*)
TSostrin@KeoghLaw.com
55 W. Monroe St., Suite 3390
Chicago, IL 60603
Telephone: (312) 726-1092
Fax: (312) 726-1093
*Attorneys for Plaintiff Ryan Leusch*

**MORRISON & FOERSTER LLP**
TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
425 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-7000
Facsimile: (415) 268-7522
*Attorneys for Defendant Uber Technologies, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN LEUSCH,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 3:19-cv-0772-L-JLB<br><br>**JOINT MOTION TO DISMISS**<br><br>Judge:    Hon. M. James Lorenz |

1         Pursuant to the Court's order of October 23, 2020 (ECF No. 36) and Fed. R.

2 Civ. P. 41(a), Plaintiff Ryan Leusch and Defendant Uber Technologies, Inc. ("the

3 Parties") jointly move the Court to dismiss this action with prejudice, each party to

4 bear its own costs and attorneys' fees.  In support hereof, the Parties state:

5        1.    On September 2, 2020, the case settled at the Early Neutral Evaluation

6 Conference. ECF No. 33.

7        2.    The parties have since finalized the settlement and respectfully submit

8 this Joint Motion for Dismissal with prejudice.

9        WHEREFORE, the parties respectfully request the Court enter an order

10 dismissing the action with prejudice, each party to bear its own costs and attorneys'

11 fees.

12                            Respectfully submitted,

13

14 MORRISON & FORSTER         CONSUMER ATTORNEY
ADVOCATES, INC.

15 By: /s/ TIFFANY CHEUNG (with
consent)               By:    /s/ PATRIC A. LESTER (with

16 consent)

Attorney for Defendant UBER
TECHNOLOGIES, INC

17 KEOGH LAW, LTD.

18 By:    /s/ TIMOTHY J. SOSTRIN

19 Attorneys for Plaintiff RYAN LEUSCH

20

21

22

23

24

25

26

27

28

1

1

## **<u>Signature Certification</u>**

2   Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

3   Policies and Procedures Manual, I hereby certify that the content of this document

4   is acceptable to Patric A. Lester, co-counsel for Plaintiff Ryan Leusch, and is

5   acceptable to Tiffany Cheung, opposing counsel for Defendant Uber Technologies,

6   Inc., and that I have obtained Mr. Lester's and Ms. Cheung's authorizations to affix

7   their electronic signatures to this document.

8                                   KEOGH LAW, LTD.

9                                   By:    _/s/_ TIMOTHY J. SOSTRIN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28