UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN LEUSCH,<br><br>                    Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>                    Defendant. | Case No. 3:19-cv-0772-L-JLB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>HON. M. JAMES LORENZ |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Joint Motion to Dismiss (doc. no. 38) is granted. This action is dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED**.
Dated: November 10, 2020

_____
Hon. M. James Lorenz
United States District Judge

1